# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| LATASHA MILLBROOKS, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 2:11-cv-00232-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| Defendant. | * |

## **ORDER**

For good cause shown, Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 5) is GRANTED.

IT IS SO ORDERED this 24th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE